# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TINA M. REPP,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1784-Orl-31JGG**

**JO ANNE BARNHART,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint appealing the final decision of the Commissioner of Social Security denying her application for a period of disability and disability insurance benefits (Doc. No. 1) filed December 1, 2005.

On November 22, 2006, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the Complaint be denied and the decision of the Social Security Administration denying benefits be affirmed. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Complaint appealing final decision of the Commissioner of Social Security denying her application for a period of disability and disability insurance benefits is DENIED. The clerk is directed to enter Judgment on behalf of the Defendant and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of December, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE